**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRANDON M. ASKEW
ADC #128557                                                                                                       PLAINTIFF

V.                                    NO: 5:07CV00251 WRW/HDY

RAY HOBBS *et al.*                                                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion to dismiss filed by Defendants Cheryl Hornbeck, Janice Coats, and James Blackmon(docket entry #23), is DENIED.

DATED this 15th day of January, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE